IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ALBERT D. JAMES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. CIV-09-1155-M |
| ) | |
| OKLAHOMA COUNTY, ) | |
| ) | |
| Respondent. ) | |

**ORDER**

On January 14, 2010, United States Magistrate Judge Doyle W. Argo issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended that the petition for writ of habeas corpus be dismissed upon filing for lack of jurisdiction. Petitioner was advised of his right to object to the Report and Recommendation by February 3, 2010. After receiving an extension of time, petitioner filed his objection on February 12, 2010.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the thorough and well-reasoned Report and Recommendation issued by the Magistrate Judge on January 14, 2010; and

(2) DISMISSES the petition for writ of habeas corpus upon filing for lack of jurisdiction.

**IT IS SO ORDERED this 7th day of April, 2010.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE